UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Stacy Yun−Chia Liu
                        Plaintiff,

v.                                                     Case No.: 1:19−cv−00696
                                                     Honorable Sheila M. Finnegan

Winsby, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 3, 2019:

      MINUTE entry before the Honorable Sheila M. Finnegan: Pursuant to the parties' joint stipulation of dimissal [26] and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed without prejudice with each side bearing its own costs. The dismissal will automatically convert to a dismissal with prejudice on 5/17/2019. The following motions are denied as moot: Defendants' motion to dismiss [13], [17], [22] and Plaintiff's motion for approval of FLSA settlment [20]. Motion hearing set on 5/8/2019 is cancelled. Civil case terminated. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.